# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**SAMMY DAVIS FLEMMING,** *et al.*,<br><br>*Defendants.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00019-TES-CHW** |

## ORDER CONTINUING TRIAL IN THE INTERESTS OF JUSTICE

Before the Court are two motions seeking a continuance for the above-captioned case filed by Defendant Charles Armstrong and Defendant Edgar Giovani Garcia Hernandez. [Doc. 62]; [Doc. 63]. Both motions are unopposed by the Government. [Doc. 62, p. 2]; [Doc. 63, ¶ 5]. Therefore, so that reasonable time may be had for the parties to receive and review evidence, the Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(i), that a failure to grant a continuance would likely result in a miscarriage of justice. [Doc. 62, p. 3]; [Doc. 63, ¶ 3]. Accordingly, the Court **GRANTS** the motions to continue. [Doc. 62]; [Doc. 63].

Further, since the time for trial has not run with respect to the other defendants who have been indicted and arraigned in this case and since no motion for severance has been granted, 18 U.S.C. § 3161(h)(6), the Pretrial Conference scheduled for August 13, 2024, is **CANCELLED**. The Court **CONTINUES** this case to October 28, 2024, as to

*all defendants who have been arraigned* as of the date of this order. *See* [Doc. 36 (Macias)]; [Doc. 39 (Hernandez)]; [Doc. 46 (Glaze)]; [Doc. 49 (Armstrong)]. The ends of justice served by this continuance outweigh the best interests of the public and those defendants in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 6th day of August, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**