# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** v. **CHARLES ARMSTRONG,** *Defendant.* | **CRIMINAL ACTION NO.** **3:24-cr-00019-TES-CHW-4** |

## ORDER CONTINUING TRIAL IN THE INTERESTS OF JUSTICE

Before the Court is Defendant Charles Armstrong's Unopposed Motion for Continuance [Doc. 70]. On May 15, 2024, the Grand Judy returned an Indictment [Doc. 1] charging Defendant Armstrong with Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846, in connection with 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) and Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 18 U.S.C. § 2. [Doc. 1, pp. 1–3]. Defendant Armstrong is detained pending trial. [Doc. 54].

In his Motion, Defendant Armstrong states that his counsel is "awaiting an initial quantity of discoverable evidence from the Government" that will "require additional time to review." [Doc. 70, p. 1]. Therefore, so that reasonable time may be had for Defendant Armstrong to receive and "sufficiently review such discovery material," the Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(i), that a failure to grant a continuance

would likely result in a miscarriage of justice. Accordingly, the Court **GRANTS** Defendant Armstrong's Unopposed Motion for Continuance [Doc. 70] and **CONTINUES** this case to *January 27, 2025*.

Since the time for trial has not run with respect to the other defendants who have been indicted and arraigned in this case and since no motion for severance has been granted, 18 U.S.C. § 3161(h)(6), the Pretrial Conference scheduled for November 5, 2024, is **CANCELLED**. The Court **FURTHER ORDERS** that this case is **CONTINUED** to *January 27, 2025*, as to *all defendants who have been arraigned* as of the date of this order. *See* [Doc. 36 (Macias)]; [Doc. 39 (Hernandez)]; [Doc. 46 (Glaze)]; [Doc. 49 (Armstrong)]. The ends of justice served by this continuance outweigh the best interests of the public and those defendants in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay. The Court will soon schedule a Pretrial Conference for December 10, 2024, in Athens, Georgia.

**SO ORDERED**, this 23rd day of October, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**